Commonwealth *v*. Ray, Appellant.

Argued September 16, 1971. *William R. Bernhart,* with him *Austin, Speicher, Boland, Connor & Giorgi,* for appellant; *Grant E. Wesner,* Deputy District Attorney, wtih him *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v*. Rinker, Appellant.

Submitted September 13, 1971. *Soren P. West,* Public Defender, for appellant; *Phillip P. Santucci,* Assistant District Attorney, and *Philip H. Williams,* District Attorney, for Commonwealth, appellee.

Order affirmed.


Commonwealth *v*. Smith, Appellant.

Argued September 16, 1971. *John W. Packel,* Assistant Defender, with him *Michael L. Levy,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Deborah E. Glass,* Assistant District Attorney, *James D. Craw-*

752

*ford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tate, Appellant.

Submitted September 13, 1971.

*David Berger* and *Howard L. Schambelan,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Kratz *v.* Hayes et ux., Appellants.

Argued September 16, 1971. *Jacob J. Kilimnik,* for appellants; *P. Salkin,* with him *Stanford S. Hunn,* and *Pearlstine, Salkin, Hardiman, Robinson, Hunn & Meinzer,* for appellee.

Order affirmed.

## Lagona et vir. *v.* Bane, Appellant.

Argued November 9, 1971. *J. Cris Soich,* with him *Stokes, Lurie & Tracy,* for ap-